UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

KELLY ANDRADE,

                                Civil Case No.: 1:21-cv-05237

             Plaintiff,

   -against-

CULTURAL CARE, INC. d/b/a            **DEFENDANT CULTURAL CARE,**
CULTURAL CARE AU PAIR d/b/a        **INC.'S MOTION FOR**
CULTURAL CARE;                            **CLARIFICATION/VIRTUAL**
MICHAEL ESPOSITO, individually; and    **ATTENDANCE AT SETTLEMENT**
DANIELLE ESPOSITO,                    **CONFERENCE**

                                  Jury Trial Demanded

            Defendants.
---------------------------------------------------------------X

    Defendant Cultural Care, Inc. ("Cultural Care") hereby requests that this Court confirm that the settlement conference scheduled for March 1, 2022 will be conducted remotely via Microsoft Teams pursuant to Section II(D) of the Individual Practices of Magistrate Judge Sanket J. Bulsara, notwithstanding that the docket indicates it will take place in Courtroom 324N. *See* Docket 12/10/21. In the event the Court plans to conduct the settlement conference in-person at the courthouse, Cultural Care respectfully requests that it be allowed to attend virtually given that its counsel and corporate representative are located in Massachusetts (Boston area). Allowing Cultural Care to attend virtually would allow Cultural Care to avoid significant travel expenses necessary for counsel and the corporate representative to attend the settlement conference in person. In the alternative, in the event the Court would prefer an in-person appearance, Cultural Care respectfully requests permission for its counsel to attend in-person on its behalf and its corporate representative to be available via telephone.

Dated: February 17, 2022
Boston, Massachusetts

        Respectfully Submitted,
        CULTURAL CARE, INC.,
        By its counsel,

        /s/ Jeffrey P. Allen
        Jeffrey P. Allen (*Pro Hac Vice*)
        E-mail: jallen@lawson-weitzen.com
        Donald J. Gentile (DG 0966)
        E-mail: dgentile@lawson-weitzen.com
        LAWSON & WEITZEN, LLP
        88 Black Falcon Avenue
        Suite 345
        Boston, MA 02210
        Telephone: (617) 439-4990
        Facsimile:  (617) 439-3987

**To:** Zachary Ian Holzberg, Esq. (via ECF)
One Penn Plaza, Suite 4905
New York, New York 10119
(212) 587-0760

Michael V. Gervasi, Esq. (via ECF)
1010 Forest Avenue
Staten Island, New York 10310
(718) 442-0900