UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

KELLY ANDRADE,

                                              Plaintiff,

    -against-

CULTURAL CARE, INC. d/b/a
CULTURAL CARE AU PAIR d/b/a
CULTURAL CARE;
MICHAEL ESPOSITO, individually; and
DANIELLE ESPOSITO,

              Defendants.
---------------------------------------------------------------X

Civil Case No.: 1:21-cv-05237

**DEFENDANT CULTURAL CARE, INC.'S MOTION FOR CLARIFICATION/VIRTUAL ATTENDANCE AT STATUS CONFERENCE**

Jury Trial Demanded

      Defendant Cultural Care, Inc. ("Cultural Care") hereby requests that this Court confirm that the status conference scheduled for June 28, 2022 will be conducted remotely via Microsoft Teams pursuant Administrative Order No. 2022-09 notwithstanding that the docket indicates it will take place in Courtroom 324 North. *See* Docket 2/28/22. In the event the Court plans to conduct the status conference in-person at the courthouse, Cultural Care respectfully requests that it be allowed to attend virtually given that its counsel is located in Boston, Massachusetts. Allowing Cultural Care to attend virtually would allow Cultural Care to avoid travel expenses necessary for counsel to attend the status conference in person.

Dated: June 8, 2022
       Boston, Massachusetts

                                              Respectfully Submitted,
                                              CULTURAL CARE, INC.,
                                              By its counsel,

                                              _/s/ Jeffrey P. Allen_____
                                              Jeffrey P. Allen (*Pro Hac Vice*)
                                              E-mail: jallen@lawson-weitzen.com
                                              Donald J. Gentile (DG 0966)
                                              E-mail: dgentile@lawson-weitzen.com
                                              LAWSON & WEITZEN, LLP
                                              88 Black Falcon Avenue
                                              Suite 345
                                              Boston, MA 02210
                                              Telephone: (617) 439-4990
                                              Facsimile:  (617) 439-3987

**To:**    Zachary Ian Holzberg, Esq. (via ECF)
           One Penn Plaza, Suite 4905
           New York, New York 10119

           Michael V. Gervasi, Esq. (via ECF)
           1010 Forest Avenue
           Staten Island, New York 10310