

June 29, 2022

**Via ECF**
Honorable Sanket J. Bulsara, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 324N
Brooklyn, New York 11201

    Re:    **Andrade v. Cultural Care, Inc. et al**
              **Case No.: 1:21-cv-05237-WFK-SJB**

Dear Judge Bulsara:

Please be advised that we represent Plaintiff, Kelly Andrade, in the above action. I respectfully write this letter in response to Your Honor's Order to Show Cause dated June 28, 2022.

I sincerely apologize for failing to appear for the status conference on June 28, 2022. I had the conference scheduled incorrectly in my calendar. My calendar reflected that the conference was scheduled for today, June 29, 2022. Nevertheless, I would have been unable to attend yesterday as I tested positive for Covid-19. Please see the results of my PCR test that was taken yesterday. Again, I am terribly sorry for failing to appear at the conference and ensure that this was an anomaly – it will not happen again. While I am quarantining, I am available for a telephonic or video conference at Your Honor's convenience. Please let me know if you would like additional dates for availability to appear in person.

Respectfully submitted,

DEREK SMITH LAW GROUP, PLLC

/s/Zack Holzberg
Zack Holzberg


Cc: Counsel for Defendants (via ECF)


Encl.

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
Miami Office: 100 SE 2nd Street, Suite 2000, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com