

December 19, 2022

<u>Via Email</u>

| | |
|---|---|
| Michael Gervasi | Don Gentile |
| Marina Tricorico | Jeff Allen |
| Scammerdella, Gervasi & Kasengrande, P.C. | Lawson & Weitzen, LLP |
| 1010 Forest Avenue | 88 Black Falcon Avenue, Suite 345 |
| Staten Island, New York 10310 | Boston, MA 02210 |
| mgervasi@statenlaw.net | dgentile@lawson-weitzen.com |
| mtricorico@statenlaw.net | jallen@lawson-weitzen.com |

    Re:        **<u>Andrade v. Cultural Care, Inc. et al</u>**
                  **<u>Case No.: 1:21-cv-05237-WFK-SJB</u>**

Dear Counsel:

As you know, this office represents Plaintiff Kelly Andrade in the above-referenced matter. In accordance with Fed. R. Civ. P. 56 and Local Civil Rule 56.1, please find enclosed copies of the following documents:

1. Plaintiff's Notice of Motion for Summary Judgment;
2. Plaintiff's Statement of Undisputed Facts;
3. Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment;
4. The Affirmation of Zachary Holzberg, Esq. and accompanying Exhibits A-F in Support of Motion for Summary Judgment

In accordance with Judge Kuntz' Individual Motion Practices and Rule III.G.1, Plaintiff has elected to file the motion papers when the motion has been fully briefed as a courtesy to the Court. Please serve us with your opposition, if any, in accordance with the Court ordered briefing schedule. Please feel free to contact me at zachary@dereksmithlaw.com should you have any questions.

Sincerely,

/s/Zack Holzberg
Zack Holzberg


Encl.