UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KELLY ANDRADE,

        Plaintiff,

        v.

MICHAEL ESPOSITO and
DANIELLE ESPOSITO,

        Defendants.
-------------------------------------------------------------X

**ORDER**
21-CV-5237 (WFK) (SJB)

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the ongoing COVID-19 pandemic, the Court has suspended its pre-motion conference requirement. Therefore, the Court DENIES as moot Defendants' letter motion for a pre-motion conference, ECF No. 134, and GRANTS Defendants leave to file the anticipated motion seeking to supplement Defendants' affirmative defenses included in Defendants' answer.

In light of the anticipated motion's apparent relevance to Defendants' now pending motion for remittitur, or in the alternative, motion for a new trial on the issue of damages, ECF No. 135, the Court ORDERS the following amended briefing schedule as to both motions:

- Defendants shall submit their motion for leave to supplement their affirmative defenses on ECF by Friday, January 10, 2025 at 5:00 P.M.;

- Plaintiff shall submit a combined response to Defendants' motion for leave to supplement their amended defenses <u>and</u> motion for remittitur by Friday, February 7, 2025 at 5:00 P.M.; and

- Defendants shall submit a combined reply, if any, in support of <u>both motions</u> by Friday, March 7, 2025 at 5:00 P.M.

1

As a courtesy, the Court requests the parties refrain from filing motion papers until the motion has been fully briefed. If the parties elect to file their motion only once it is fully briefed, the notice of motion and all supporting papers are to be served on the other party along with a cover letter setting forth whom the movant represents and the papers being served. Only a copy of the cover letter shall be electronically filed in advance of the fully briefed motion, and it must be filed as a letter, not as a motion. On the day the motion is fully briefed, each party shall electronically file their individual motion papers by 5:00 P.M.

**SO ORDERED.**

_____s/ WFK_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: December 12, 2024
Brooklyn, New York