

July 15, 2025

**Via ECF**
Honorable William F. Kuntz, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Andrade v. Cultural Care, Inc. et al**
                  **Case No.: 1:21-cv-05237-WFK-SJB**

Dear Judge Kuntz:

Please be advised that we represent Plaintiff, Kelly Andrade, in the above action. I write this letter joined by Defendants' counsel to inform Your Honor that the parties have reached a settlement in principle, memorialized by a fully executed settlement agreement.

The parties respectfully request that Your Honor enter a 60-day administrative Order. Within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened, provided the application to restore the action is made within sixty (60) days of the Court's forthcoming Order. The parties thank Your Honor for considering this request.

Thank you for the Court's attention to this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP PLLC


/s/Zack Holzberg

Cc:    Counsel for Defendants (via ECF)