UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KELLY ANDRADE,

        Plaintiff,

v.

CULTURAL CARE, INC., MICHAEL
ESPOSITO, and DANIELLE ESPOSITO,

        Defendants.
-----------------------------------------------------------------X

**ORDER**
21-CV-5237 (WFK) (SJB)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 1, 2025, the Court granted the parties' stipulation of dismissal as to the remaining defendants, Michael Esposito and Danielle Esposito. ECF Nos. 148–49. Accordingly, the Court directs the Clerk of Court to close the case.

SO ORDERED.

s/WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 29, 2025
       Brooklyn, New York